ACCEPTED
01-15-00001-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 10:46:29 AM
CHRISTOPHER PRINE
CLERK

**No. 01-15-00001-CV**

_____

IN THE FIRST COURT OF APPEALS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 10:46:29 AM
CHRISTOPHER A. PRINE
Clerk

_____

PAPPAS RESTAURANTS, INC., and
PAPPAS BAR-B-Q, INC.,

*Appellants*,

v.

THE STATE OF TEXAS,

*Appellee.*

_____

**APPELLANTS' UNOPPOSED FIRST MOTION
FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANTS**

_____

Trial Court Cause No. 1043062
On Appeal from County Civil Court at Law Number Four of Harris County, Texas
The Honorable Roberta Lloyd, Presiding

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellant Procedure, Pappas Restaurants, Inc. and Pappas Bar-B-Q, Inc. (collectively Appellants) file this Unopposed First Motion for Extension of Time to File Brief of Appellants, and would show the Court as follows:

1

1. The trial court signed the Judgment in Absence of Objection on October 29, 2014. Appellants' motions for new trial were denied on November 21, 2014. On December 29, 2014, Appellants filed their Notice of Appeal.

2. The Clerk's record was filed on January 14, 2015, within 2 weeks of the filing of the Notice of Appeal. There is no reporter's record.

3. The Brief of Appellants currently is due to be filed on February 13, 2015.

4. Appellants request a 30-day extension of time to file their Brief of Appellants until March 16, 2015 (the 30th day falls on Sunday, March 15).

5. This is the first motion for extension of time to file Brief of Appellants. Appellants request this extension because preparation for pretrial/trial in another matter has prevented lead counsel Don Griffin from attending to this matter. Mr. Griffin is beginning pretrial on February 13, 2015, and anticipated to continue into the week of February 16th for multiple days, in the case of Cause No. PR-2012-00926; *The State of Texas v. Stephen Morale et ux et al.*; In the Probate Court of Denton County, Texas.

6. Appellee the State of Texas is not opposed to this Motion.

For these reasons, Appellants pray that the Court grant this Motion and extend the time for filing its Brief of Appellants to and including March 16, 2015.

Appellants pray for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**VINSON & ELKINS L.L.P.**

*/s/ Don C. Griffin*
H. Dixon Montague
State Bar No. 14277700
dmontague@velaw.com
Don C. Griffin
State Bar No. 08456975
dgriffin@velaw.com
Catherine B. Smith
State Bar No. 03319970
csmith@velaw.com
1001 Fannin Street, Suite 2500
Houston, Texas 77002-6760
Telephone: 713.758. 3508
Facsimile:  713.615. 5985

*Attorneys* for *Appellant Pappas Restaurants, Inc.*

*/s/ Anna Sabayrac Marchand*
Anna Sabayrac Marchand
State Bar No. 24060543
amarchand@pappas.com
Frank Markantonis
State Bar No. 12986700
13939 Northwest Freeway, Suite 100
Houston, Texas  77040
Telephone:  (713) 863-0611
Facsimile:  (713) 863-0523

*Attorneys for Appellant Pappas BAR-B-Q, Inc.*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 9, 2015, I conferred with Anthony Blazi of the Attorney General's Office on behalf of the Appellant, the State of Texas *via* email, and he indicated that the State was not opposed to this motion.

*/s/ Catherine B. Smith*
Catherine B. Smith

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 10, 2015, the foregoing Unopposed First Motion for Extension of Time to File Brief of Appellants was served electronically on the following parties in accordance with the requirements of the Texas Rules of Appellate Procedure:

Susan Desmarais Bonnen                                    ***Via E-Filing***
susan.bonnen@texasattorneygeneral.gov
Cristina Vudhiwat
cristina.vudhiwat@texasattorneygeneral.gov
Assistant Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: 512.463.2004
*Attorneys for Appellee The State of Texas*

*/s/ Catherine B. Smith*
Catherine B. Smith
